IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Victor S. Sheppard, :

    Plaintiff, :

v. : Case No. 2:07-cv-0467

Michael J. Astrue, : JUDGE SARGUS
Commissioner of Social Security,
 :
    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on May 29, 2008. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is overruled and judgment is entered in favor of the defendant Commissioner.

Date: June 24, 2008

                                         6-24-2008
                                    Edmund A. Sargus, Jr.
                                    United States District Judge