AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**VICTOR S. SHEPPARD,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**MICHAEL J. ASTRUE,**     **CASE NO. C2-07-0467**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed June 24, 2008, JUDGMENT is hereby entered in favor of the Defendant Commissioner. This case is DISMISSED.**

Date: June 24, 2008           JAMES BONINI, CLERK

                      */S/ Andy F. Quisumbing*
                      (By) Andy F. Quisumbing
                      Courtroom Deputy Clerk